**Frederick GRIFFIN, Appellant,**

v.

**Calvin MATTHEWS and Willie Drake,
Appellees.**

No. 13843.

United States Court of Appeals,
Fourth Circuit.

Argued March 3, 1970.

Decided March 6, 1970.

Frederick Griffin, pro se.

Sammie Chess, Jr., High Point, N.C.,
for appellees.

Before BOREMAN, WINTER and
BUTZNER, Circuit Judges.

PER CURIAM:

The district court found that there
was no diversity of citizenship as be-
tween the plaintiff and the defendants,
that the court was without jurisdiction,
and that the complaint must be dismiss-
ed.

We affirm on the written memoran-
dum order or decision of the district
court and for the reasons therein as-
signed.[1]

Affirmed.

1. 310 F.Supp. 341 (M.D. N.C.1969).